|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |
| 8 |   |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 19CR0740-AJB |
|---|---|
| Respondent-Plaintiff, | Case No. 21CV1364-AJB |
| v. | **ORDER FINDING WAIVER OF ATTORNEY-CLIENT PRIVILEGE AND COMPELLING DISCLOSURE** |
| JUSTIN ALEXANDER ROBERTS, | |
| Petitioner-Defendant. | |

IT IS HEREBY ORDERED that the Motion to Waive the Attorney-Client Privilege filed by Respondent-Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Randy S. Grossman, Acting United States Attorney, and Mario J. Peia, Assistant United States Attorneys (hereinafter "Plaintiff"), is GRANTED. The attorney client-privilege of Petitioner-Defendant Justin Alexander ROBERTS ("Defendant") is waived only with respect to all communications between Defendant and his attorney Holly Sullivan and Federal Defenders, Inc. ("Federal Defenders") concerning events and facts related to Defendant's claims of ineffective assistance of counsel in the above-referenced cases.

IT IS FURTHER ORDERED that the Plaintiff's Motion to Compel Discovery is GRANTED. Holly Sullivan and Federal Defenders, Inc. SHALL DISCLOSE to counsel for the Plaintiff and to the Court all communications between themselves and Defendant

concerning the events and facts related to Defendant's claims of ineffective assistance of counsel in the above-referenced cases. Ms. Sullivan and Federal Defenders, Inc. shall produce, on or before **November 12, 2021** all communications in whatever form, including but not limited to any writings, memos, notes to the file, billing records, emails, letters, documents, records, and or similar materials concerning events and facts related to Defendant's claims of ineffective assistance of counsel in the above-referenced cases.

**IT IS SO ORDERED**.

DATED:  10/12/21

_____
HONORABLE ANTHONY J. BATTAGLIA
United States District Judge